## NANCY WANNAGOT *v.* CITY OF SHELTON

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 754 (AC 13733), is denied.

*James T. Baldwin*, in support of the petition.

Decided October 5, 1995

## STATE OF CONNECTICUT *v.* GILBERT TREAT

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 762 (AC 14069), is denied.

*Deborah DelPrete Sullivan*, assistant public defender, in support of the petition.

*Lisa Herskowitz*, deputy assistant state's attorney, in opposition.

Decided October 5, 1995

## SHAWMUT BANK *v.* LISE-LOTTE KNUDSEN

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 919 (AC 13848), is denied.

*William F. Gallagher*, in support of the petition.

*Thomas V. Battaglia, Jr.*, in opposition.

Decided October 5, 1995